**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

MARCH 21, 2022

**BY ECF**
The Honorable Kenneth M. Karas (KMK)
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

    Re: *United States v. Zuleika Olavarria Ortiz*, 21 Cr. 795 (KMK)

Dear Judge Karas:

    This letter is a request made on behalf of my client to remove the ankle bracelet to allow her to receive a cat scan for her medical procedure scheduled for 3/25/22. Ms. Ortiz previously had surgery on that leg and may require additional surgery in the near future. The Government has informed me that the Government does not have any objection to the temporary modification and removal of the ankle bracelet for this medical purpose.

    Thank you for the Court's time and consideration in this matter.

Granted.
So Ordered.
3/22/22

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery