UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ZULEIKA OLAVARRIA ORTIZ,

Defendant.

[PROPOSED] ORDER

21 Cr. 795 (KMK)

WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding (the "Proceeding") for defendant Zuleika Olavarria Ortz, to be scheduled for April 1, 2022;

WHEREAS, the Court has authorized the use of videoconferencing (or teleconferencing, if video is not reasonably available) for pleas under Rule 11 of the Federal Rules of Criminal Procedure, see *In re: Coronavirus/Covid-19 Pandemic*, 20 Misc. 176 (June 15, 2021);

WHEREAS, the defendant has consented to the use of videoconferencing (or teleconferencing, if video is not reasonably available) for the Proceeding;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely, and for the reasons set forth in the parties' letter of March 29, 2022, the Proceeding cannot be further delayed without serious harm to the interests of justice.

1

Accordingly, IT IS HEREBY ORDERED that the Proceeding, to be scheduled for April 1, 2022, shall be conducted before the duty Magistrate Judge by video.

SO ORDERED:

Dated: New York, New York
March 29, 2022

THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK