## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  March 29, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                 Plaintiff               **SCHEDULING ORDER**

    -against-                                S1 21-cr-00795-KMK

Zuleika Olvavarria Ortiz
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a guilty plea hearing for 4/1/2022 at 10:30 am before Magistrate Judge Paul E. Davison. Counsel will be provided with a Teams link to appear by video.  To access the audio portion of the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number but will not be permitted to speak during the conference.

Dated:  3/29/2022
        White Plains, New York

                                         SO ORDERED:

                                         s/       PED
                                                     _____

                                         PAUL E. DAVISON
                                         United States Magistrate Judge