UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY**
　　　　　　　　　　　　　　　　　　　　　　　　**VIDEO OR TELE CONFERENCE**
　　　　-against-

Zuleika Olavarria Ortiz　　　　　　　　　　　　　7: S1 21-cr-00795-KMK
　　　　　　　Defendant(s).
-----------------------------------------------------------------X

Defendant Zuleika Olavarria Ortiz hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐　Initial Appearance Before a Judicial Officer

☒　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒　Guilty Plea/Change of Plea Hearing

☐　Bail/Detention Hearing

☐　Conference Before a Judicial Officer - Assignment of Counsel

_____　　　　_____
Defendant's Signature　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Zuleika Olavarria Ortiz　　　　　　　　　　Kenneth J. Montjoure
Print Defendant's Name　　　　　　　　　　Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/29/22　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　4/1/22