UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,          **MEMORANDUM**

    -against-                           7:21-cr-00795-KMK-PED

Zuleika Olavarria Ortiz

                    Defendant.
-------------------------------------------------------------x

TO:  Hon. Kenneth M. Karas, United States District Judge:

     Please find attached a transcript of the 4/1/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: April 18, 2022
       White Plains, New York

                                               Respectfully Submitted,

                                               s/ Paul E. Davison

                                               _____
                                               PAUL E. DAVISON
                                               United States Magistrate Judge