MEMO ENDORSED

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

SEPTEMBER 15, 2022

**BY ECF**
The Honorable Kenneth M. Karas (KMK)
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

      Re:   *United States v. Zuleika Olavarria Ortiz*, 21 Cr. 795 (KMK)

Dear Judge Karas:

      This letter is a request made on behalf of my client to remove the ankle bracelet since she has now been sentenced. The pretrial officer assigned to her in Texas has advised her that in order to remove the bracelet he needs an order from the Court.

      Thank you for the Court's time and consideration in this matter.

Granted.
So Ordered.
9/15/22

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery