**MEMO ENDORSED**

# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

SEPTEMBER 15, 2022

**BY ECF**
The Honorable Kenneth M. Karas (KMK)
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

        Re:   *United States v. Zuleika Olavarria Ortiz*, 21 Cr. 795 (KMK)

Dear Judge Karas:

    This letter is a request made on behalf of my client to have her passport returned to her by Pretrial Services.

    Thank you for the Court's time and consideration in this matter.

Granted.
So Ordered.
9/15/22

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery