MEMO ENDORSED

# LAW OFFICE OF KENNETH J. MONTGOMERY
## P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

OCTOBER 7, 2022

**BY ECF**
The Honorable Kenneth M. Karas (KMK)
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, New York 10601

        Re:  *United States v. Zuleika Olavarria Ortiz*, 21 Cr. 795 (KMK)

Dear Judge Karas:

        This letter is a request made on behalf of my client to allow her permission to speak to the co-defendant Julio Hevia Alonso. I understand that Ms. Ortiz is in the process of marrying Julio Hevia Alonso. I have spoken to the Government, and they have no objection to this request.

        Thank you for the Court's time and consideration in this matter.

Granted.
So Ordered.
10/7/22

Respectfully,
*Kenneth J. Montgomery*
s/
Kenneth J. Montgomery